# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETEDGE, INC.,<br><br>                     Plaintiff,<br><br>          v.<br><br>SHENZHEN SALIVAN NETWORK TECHNOLOGIES, LTD.,<br><br>                    Defendant. | Civil Action No. 1:16-cv-12438<br><br>**JURY TRIAL DEMAND** |

## COMPLAINT

Plaintiff PetEdge, Inc., complains against ShenZhen Salivan Technologies, Ltd. as follows:

## PARTIES

1.      PetEdge is a Massachusetts corporation headquartered at 100 Cummings Center, Beverly, Massachusetts, 01915.

2.      PetEdge is in the business of designing, sourcing, manufacturing, and distributing pet-related merchandise.

3.      PetEdge invented a folding pet ramp and steps combination apparatus ("pet ramp/steps"), and PetEdge owns a patent directed to various embodiments of this apparatus, namely U.S. Patent No. 7,621,236 ("the '236 Patent"). A copy of the '236 Patent is attached as **Exhibit A**. PetEdge manufactures and sells pet ramp/steps embodying inventions claimed in the '236 Patent and marks those products with the '236 Patent.

4.      Among the pet ramp/steps that PetEdge sells is its "Renew Rampsteps" (SKU ZA6044), which PetEdge markets and sells under its PET STUDIO® brand.  PetEdge also sells a version under the GUARDIAN GEAR® brand.

5.      On information and belief, ShenZhen Salivan Technologies, Ltd. ("ShenZhen") is a Chinese corporation.  In connection with its United States Trademark registrations, ShenZhen lists its address in China as "6C-009-6C-012 International Leather City Huanan 1st Str, Pinghu Rd, Longgang Dis Shenzhen, Guangdong, China."  On information and belief, ShenZhen maintains a business location in the United States at 16518 East Gale Avenue, City of Industry, California, 91745.

6.      On information and belief, ShenZhen is doing business as "CNDirect."

7.      On information and belief, ShenZhen manufactures, uses, offers to sell, and/or sells an array of household products, including pet-related merchandise.

8.      On information and belief, ShenZhen is the owner of several U.S. Trademarks.  In particular, ShenZhen is the owner of the U.S. Trademarks for "WOOKRAYS," "DEALKOO," and "HOMDOX."  Copies of each of these trademarks are attached as **Exhibit B**.

9.      On information and belief, ShenZhen is also doing business as Wakrays, under the WOOKRAYS brand.  An excerpt from WOOKRAYS' website, showing the website's URL as "www.wakrays.com" is attached as **Exhibit C**.

10.     ShenZhen's pet-related merchandise includes several models of pet ramp/steps, which are advertised and sold under the "WOOKRAYS," "Wakrays," "DEALKOO," and "HOMDOX" brands.  ShenZhen's models of pet ramp/steps are sold as "WOOKRAYS Easy Step III Pet Stairs 3 Step for Cats/Dogs Animal Bed Steps Ladder," "Wakrays Wooden Folding Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder," "Dealkoo Pet Folding 2-in-1 Stairs

Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," and "Homdox Wooden Folding Pet Stairs Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder" ("the Accused Products").

11.    Excerpts from a national, third-party retailer (www.amazon.com) listing for sale the ShenZhen Accused Products are attached hereto as **Exhibit D**.  ShenZhen distributes its products, including the Accused Products, through national retailers like Amazon.com. ShenZhen's activities have been without express or implied license from PetEdge.

12.    The Accused Products compete directly with PetEdge's pet ramp/steps product and appear to be a knock-offs of the PetEdge pet ramp/steps product, such as PetEdge's PET STUDIO® pet ramp/steps.  For example, a side-by-side comparison of PetEdge's patented PET STUDIO® "Renew Rampsteps" and examples of the ShenZhen Accused Products, namely the "WOOKRAYS Easy Step III Pet Stairs 3 Step for Cats/Dogs Animal Bed Steps Ladder," "Wakrays Wooden Folding Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder," "Dealkoo Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," and "Homdox Wooden Folding Pet Stairs Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder" models, is depicted below.

ME1 23775154v.1

| PetEdge PET STUDIO® "Renew Rampsteps" | "WOOKRAYS Easy Step III Pet Stairs 3 Step for Cats/Dogs Animal Bed Steps Ladder" |
|---|---|
|  |  |
| | **"Wakrays Wooden Folding Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder"** |
| |  |
| | **"Dealkoo Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder"** |
| |  |
| | **"Homdox Wooden Folding Pet Stairs Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder"** |
| |  |

ME1 23775154v.1

## JURISDICTION AND VENUE

13.     This is an action for patent infringement arising under the Patent Laws of United

States, Title 35, United States Code.  This Court has jurisdiction under 28 U.S.C. §§ 1331

(federal question), 1332 (diversity) and 1338 (patent actions).

14.     Venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(b).  ShenZhen has

committed and/or threatened to commit acts of infringement in this District, and this action arises

from those acts.  ShenZhen has regularly engaged in business in this Commonwealth and District

and purposefully availed itself of the privilege of conducting business in this District, for

example, by offering for sale and selling the Accused Products in this District.

15.     For example, ShenZhen advertises, offers for sale, and sells the Accused Products

through various retail websites, such as Amazon.com.  The Accused Products are made available

to any person to buy, including Massachusetts residents.  Indeed, a PetEdge employee was able

to buy each of the Accused Products on Amazon.com and have them shipped to her home in

Massachusetts.  There were no geographic restrictions placed on sales of ShenZhen's Accused

Products.  They are made available to any and all Massachusetts customers.

## THE PATENT INFRINGED

16.     On November 24, 2009, the United Stated Patent and Trademark Office

("USPTO") issued United States Patent No. 7,621,236, entitled "Folding Pet Ramp and Steps"

("the '236 Patent').

17.     The '236 Patent was assigned to PetEdge, which owns the full rights, title, and

interest in the '236 Patent.

18.     The '236 Patent has not expired and is in full force and effect.

19.     Pursuant to 35 U.S.C. § 282, the '236 Patent and each of its claims are presumed valid.

20.     PetEdge marks its pet ramp/steps with the '236 Patent and thus gives at least constructive notice of the '236 Patent to the public, including to ShenZhen.

## THE ALLEGED PATENT INFRINGEMENT

21.     ShenZhen, makes, imports, uses, sells, and/or offers to sell an infringing pet ramp/steps product, including at least the "WOOKRAYS Easy Step III Pet Stairs 3 Step for Cats/Dogs Animal Bed Steps Ladder," "Wakrays Wooden Folding Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder," "Dealkoo Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," and "Homdox Wooden Folding Pet Stairs Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder."

22.     As alleged herein, ShenZhen has engaged in actions that directly infringe the '236 Patent.

23.     Exemplary claim charts showing infringement by the "WOOKRAYS Easy Step III Pet Stairs 3 Step for Cats/Dogs Animal Bed Steps Ladder," "Wakrays Wooden Folding Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder," "Dealkoo Pet Folding 2-in-1 Stairs Ramp Non Slip Sturdy Wooden Step Dog Cat Animal Ladder," and "Homdox Wooden Folding Pet Stairs Home Pet Animal Dog Ramp 3 Step Stairs Steps Ladder" ("Accused Products") of the first independent claim of the '236 Patent are shown below.  These claim charts are based on preliminary analysis and may be amended and/or supplemented after further investigation and discovery in this action.  Although PetEdge has charted infringement of Claim 1, PetEdge also contends that other claims are infringed.  The claim charts are for notice purposes under Fed. R. Civ. P. 8 and 12.

| Claim Element | WOOKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member. The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.<br><br> |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner. The lower platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment.<br><br> |

ME1 23775154v.1

| Claim Element | WOOKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner. The upper platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment.<br><br><br><br>The above photo shows the Accused Product in a step mode. The below photo shows the Accused Product as subsequently moved to a ramp mode.<br><br> |

| Claim Element | WOOKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser:  (i) fixedly supporting the upper runner against the frame when in the step mode.  The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode.<br><br> |

ME1 23775154v.1

| Claim Element | WOOKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode.  The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position.<br><br> |

| Claim Element | WAKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member. The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.<br><br> |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner. The lower platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

ME1 23775154v.1

| Claim Element | WAKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| |  |
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner.  The upper platform member can be seen in the photo below as denoted by the box.  The riser and runner are labeled below.  The riser supports the runner in the step alignment. |

ME1 23775154v.1

| Claim Element | WAKRAYS<br>Infringing Feature of Accused Product |
|---|---|
|  | <br>The above photo shows the Accused Product in a step mode.  The below photo shows the Accused Product as subsequently moved to a ramp mode. |

ME1 23775154v.1

| Claim Element | WAKRAYS<br>Infringing Feature of Accused Product |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser:  (i) fixedly supporting the upper runner against the frame when in the step mode.  The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode.<br><br> |
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode.  The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position.<br><br> |

14

| Claim Element | DEALKOO<br>Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member.  The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.<br><br> |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner.  The lower platform member can be seen in the photo below as denoted by the box.  The riser and runner are labeled below.  The riser supports the runner in the step alignment. |

ME1 23775154v.1

| Claim Element | DEALKOO<br>Infringing Feature of Accused Product |
|---|---|
| | <br>Runner<br>Riser |
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner. The upper platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

| Claim Element | DEALKOO<br>Infringing Feature of Accused Product |
|---|---|
| | <br>The above photo shows the Accused Product in a step mode.  The below photo shows the Accused Product as subsequently moved to a ramp mode. |

ME1 23775154v.1

| Claim Element | DEALKOO<br>Infringing Feature of Accused Product |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser:  (i) fixedly supporting the upper runner against the frame when in the step mode.  The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode.<br><br> |
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode.  The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position.<br><br> |

| Claim Element | HOMDOX<br>Infringing Feature of Accused Product |
|---|---|
| **1.** An apparatus comprising: | The Accused Product is an apparatus. |
| a frame supporting an upper platform member and a lower platform member; | The Accused Product comprises a frame supporting an upper platform member and a lower platform member. The photo below shows the Accused Product with the frame, upper platform member, and lower platform member labeled.<br><br> |
| the lower platform member having a lower riser and a lower runner; and | The Accused Product comprises a lower platform member having a lower riser and a lower runner. The lower platform member can be seen in the photo below as denoted by the box. The riser and runner are labeled below. The riser supports the runner in the step alignment. |

| Claim Element | HOMDOX<br>Infringing Feature of Accused Product |
|---|---|
|  |  |
| the upper platform member having an upper riser and an upper runner which are moveable between a ramp mode and a step mode, the upper riser: | The Accused Product comprises an upper platform member having an upper riser and an upper runner.  The upper platform member can be seen in the photo below as denoted by the box.  The riser and runner are labeled below.  The riser supports the runner in the step alignment. |

| Claim Element | HOMDOX<br>Infringing Feature of Accused Product |
|---|---|
|  | The above photo shows the Accused Product in a step mode.  The below photo shows the Accused Product as subsequently moved to a ramp mode. |

| Claim Element | **HOMDOX**<br>**Infringing Feature of Accused Product** |
|---|---|
| (i) fixedly supporting the upper runner against the frame when in the step mode, and | The Accused Product comprises an upper riser: (i) fixedly supporting the upper runner against the frame when in the step mode. The photo below shows the upper riser fixedly supporting the upper runner against the frame when in the step mode.<br> |
| (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. | The Accused Product comprises an upper riser: . . . (ii) being movable from the fixedly supported position to permit the upper runner to move to the ramp mode. The photo below shows the apparatus after the upper runner has been moved to the ramp mode by means of moving the upper riser from its fixedly supported position.<br> |

ME1 23775154v.1

## COUNT I
## INFRINGEMENT OF THE '236 PATENT

24.     PetEdge re-alleges and incorporates by reference the preceding paragraphs as though fully set out herein.

25.     In violation of 35 U.S.C. § 271, ShenZhen has been infringing, and continues to infringe, the '236 Patent by way of manufacturing, using, offering to sell, and/or selling the Accused Products within the United States, as depicted in Exhibit D and as covered by one or more of the claims in the '236 Patent.

26.     ShenZhen has had, at least, constructive notice of the '236 Patent pursuant to 35 U.S.C. §287(a) because PetEdge marks its pet ramp/steps products with the '236 Patent.  Further, PetEdge notified ShenZhen about the alleged infringement of the '236 Patent by letter dated November 4, 2016.  Thus, ShenZhen has actual knowledge of the '236 Patent.

27.     ShenZhen has profited, and continues to profit, from its manufacture, use, offer to sell, and sale of the Accused Products.

28.     On information and belief, ShenZhen's infringement of the '236 Patent has been and continues to be willful, wanton, and deliberate.

29.     PetEdge has been, and continues to be, damaged and irreparably harmed by ShenZhen's infringement of the '236 Patent.

**WHEREFORE**, PetEdge respectfully requests that this Court enter judgment for PetEdge and against ShenZhen, and grants PetEdge the following relief:

A.     A judgment under 35 U.S.C. § 271 finding that ShenZhen infringes the '236 Patent;

B.     An order under 35 U.S.C. § 283 preliminarily and permanently enjoining ShenZhen from infringing the '236 Patent;

C.      An award of damages under 35 U.S.C. § 284 adequate to compensate PetEdge for

        ShenZhen's infringement of the '236 Patent and an accounting to determine the

        proper amount of such damages;

D.      A three-fold increase in damages as a result of ShenZhen's willful, wanton, and

        deliberate acts of infringement;

E.      An award pursuant to 35 U.S.C. § 284 of costs, prejudgment, and post judgment

        interest on PetEdge's compensatory damages;

F.      An award pursuant to 35 U.S.C. § 285 of PetEdge's attorneys' fees incurred in

        this action;

G.      An order directing the recall and destruction of any and all existing ShenZhen

        folding pet ramp and steps systems that infringe the '236 Patent; and

H.      Such further relief as this Court deems just and proper.

## JURY DEMAND

PetEdge demands a trial by jury on all issues so triable.

                                        PETEDGE, INC.,
                                        By its attorneys,

                                        */s/ Erik Paul Belt*
                                        Erik Paul Belt (BBO# 558620)
                                        Wyley Proctor (BBO# 666613)
                                        McCarter & English, LLP
                                        265 Franklin Street
                                        Boston, MA 02110
                                        T: (617) 449-6500
                                        F: (617) 607-9200
                                        ebelt@mccarter.com
                                        wproctor@mccarter.com

Dated: November 30, 2016